RE: Raul Espinosa                                                                                                           Case # 20-19203 RAM

**TRUSTEE'S NOTICE OF DEFICIENCY FOR CONFIRMATION AND RECOMMENDATION (Pre 341)**

The Trustee reviewed this case for the meeting of creditors and found the following deficiencies from the Trustee's letter requesting documents and thus objects as follows: Reviewed documents received prior to: 9/14/20

Tax returns:                              Corporate Tax Returns:

Photo ID/SS card-Not redacted        LF 90        ✔ LF 67        LF 10

Plan does not fund properly

Calculation errors     Missing months/amounts     Inconsistent terms     Plan form completed incorrectly

Attorney fee itemization or Fee Application needed (see court guideline 6)

2016(B), SOFA #16 and Plan do not match     ✔ Missing Attorney's Declaration & 341 Written Quest.

Other provisions:     IVL       100%       Lawsuit     Gambling       MMM

Reaffirm, redeem or surrender Sch D or G creditor:

MMM Motion not filed   ✔ Valuation motion not filed          Lien Avoidance motion not filed

Priority debt on Schedule E not in plan:

Creditor in Plan is not listed in Schedules or has not filed a POC:

Creditor paid through the Plan has not filed a POC:

Object or Conform to Proof of Claim:     Miami-Dade County     Tax Certificate (DE#  )     Dept of Revenue
         IRS

✔ OTHER PLAN ISSUES: Amend plan to correct name and address for creditor Ally Finc. to match POC#4,

Amend plan to correct address for creditor Citizens Bk to match POC#7, Amend plan to correct discrepancy with box selection and III B. Valuation of collateral


Real Estate FMV and Payoff:

Non-Homestead Information Sheet:

✔ Vehicles (FMV (NADA/Carmax), Reg and Payoff: 13/BMW

✔ Other: Firearms FMV (2 Pistols)

✔ Bank Account Statements      3 months pre-petition   #5938 (7/1-8/26, #5946 (5/26-6/30)-(7/28-8/26)


Copy of check(s) and/or explanation:

✔ Explanation of withdrawal(s): #5938 6/19 $4000, 6/23 $5200; #5946 7/24 $1600, 7/10 $1370

401K/Retirement/Pension                    Annuity                    Life Insurance Policy

Domestic Support Obligation form complete with info: name, address and phone

Wage deduction order or Motion to waive

BDQ & attachments            Profit/loss     Balance Sheet

Business Bank statements and checks     3 months pre-petition


Affidavit of support

Trustee reserves the right to raise additional objects until all requested documents are timely provided. This deficiency is limited to missing documents only. The Trustee will file a Notice of Deficiency with additional document requested and legal issues raised after the 341 - meeting of creditors. I hereby certify that a true and correct copy of the foregoing was     served through ECF on the debtor's attorney or by U.S. First Class pre-paid Mail on the pro se debtor on the same day filed with the Court.

Submitted by **NANCY K. NEIDICH, ESQ, STANDING CHAPTER 13 TRUSTEE P.O. BOX 279806, MIRAMAR, FL 33027**

*DOCUMENTS MUST BE RECEIVED OR FILED AND ISSUES ADDRESSED AT LEAST FOURTEEN DAYS PRIOR TO EACH CONFIRMATION HEARING TO AVOID DISMISSAL*