UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

IN RE:  
Raul Espinosa  
a/k/a Raul Espinosa Nodarse  

Case No. 20-19203-RAM  
Chapter 13  

Debtor.         /

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

Steven G. Powrozek, Esq., hereby gives notice of appearance in this cause as Counsel for Creditor, Ally Bank. The Clerk shall furnish a copy of all pleadings to the undersigned that would be served upon creditors in this case. For reference, the vehicle associated with the undersigned representation is a 2013 BMW 3 Series Automobile, VIN: WBADX7C55DE746379.

/s/Steven G. Powrozek  
Steven G. Powrozek  
FL Bar # 0316120  
Shapiro, Fishman & Gaché, LLP  
Attorney for Secured Creditor  
4630 Woodland Corporate Blvd.  
Suite 100  
Tampa, FL  33614  
Telephone: 813-367-5813  
Fax: (813) 880-8800  
E-mail: spowrozek@logs.com  

## CERTIFICATE OF SERVICE

I hereby certify that I am admitted to the Bar of the United States District Court of the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A).

I hereby certify that a true and correct copy of the foregoing notice has been sent via CM/ECF electronic filing or via First Class U.S. Mail to the following on this 23rd day of September 2020.

Raul Espinosa, 1535 W. 3rd Avenue, Hialeah, FL 33010

Robert Sanchez, Esq., 355 West 49th Street, Hialeah, FL 33012

Nancy K. Neidich, POB 279806, Miramar, FL 33027

United States Trustee, 51 SW First Avenue, Suite 1204, Miami, FL 33130

/s/Steven G. Powrozek
Steven G. Powrozek
FL Bar # 0316120
Shapiro, Fishman & Gaché, LLP
Attorney for Secured Creditor
4630 Woodland Corporate Blvd.
Suite 100
Tampa, FL  33614
Telephone: 813-367-5813
Fax: (813) 880-8800
E-mail: spowrozek@logs.com

20-324198