UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

IN RE:  
Raul Espinosa  
a/k/a Raul Espinosa Nodarse

Case No. 20-19203-RAM  
Chapter 13

Debtor.                    /

## OBJECTION TO CONFIRMATION OF DEBTOR'S THIRD AMENDED CHAPTER 13 PLAN OF REORGANIZATION

Comes now, Ally Bank, by and through its undersigned attorney and hereby files its objection to confirmation of Debtor's Third Amended Chapter 13 plan of reorganization (Doc. No. 30) and states as follows:

1. Debtor filed this case on August 26, 2020 when Debtor filed a voluntary petition under Chapter 13 of the Bankruptcy Code.

2. On August 31, 2020, Ally Bank filed claim 4-1 which listed a secured total claim of $14,376.76 for collateral, 2013 BMW 3 Series Automobile, VIN: WBADX7C55DE746379 herein after referred to as the "subject vehicle".

3. The value of the subject vehicle is $18,350.00 per the NADA clean retail value. See **Exhibit "A"**.

4. On October 9, 2020, Debtor filed its Third Amended Chapter 13 plan which continues to propose valuing the subject vehicle in the amount of $9,000.00 with an interest rate of 3.25%. The total payment paid in the plan were listed as $9,763.20 with monthly payments of $162.72 for months 1 through 60.

5. Ally Bank objects to confirmation of Debtor's Third Amended Chapter 13 plan due to the fact that the proposed plan does not pay Claimant the replacement value of its collateral as the claim should be deemed fully secured at $14,376.76 and should be repaid at contractual interest rate of 6.84% as reflected on claim 4-1.

Wherefore, Ally Bank requests this Court deny confirmation of Debtor's Third Amended Chapter 13 plan of reorganization for the reasons set forth in this objection.

/s/Steven G. Powrozek
Steven G. Powrozek
FL Bar # 0316120
Shapiro, Fishman & Gaché, LLP
Attorney for Secured Creditor
4630 Woodland Corporate Blvd.
Suite 100
Tampa, FL  33614
Telephone: 813-367-5813
Fax: (813) 880-8800
E-mail: spowrozek@logs.com

## CERTIFICATE OF SERVICE

I hereby certify that I am admitted to the Bar of the United States District Court of the Southern District of Florida and I am in compliance with the additional qualifications to practice in the Court as set forth in Local Rule 2090-1(A).

I hereby certify that a true and correct copy of the foregoing objection to confirmation of Thrid Amended Chapter 13 plan of Reorganization was furnished via First Class U.S. Mail or via CM/ECF electronic filing on this 15th day of October 2020, to the following:

Raul Espinosa, 1535 W. 3rd Avenue, Hialeah, FL 33010
Robert Sanchez, Esq., 355 West 49th Street, Hialeah, FL 33012
Nancy K. Neidich, POB 279806, Miramar, FL 33027
United States Trustee, 51 SW First Avenue, Suite 1204, Miami, FL 33130

/s/Steven G. Powrozek
Steven G. Powrozek
FL Bar # 0316120

                                          Shapiro, Fishman & Gaché, LLP
                                          Attorney for Secured Creditor
                                          4630 Woodland Corporate Blvd.
                                          Suite 100
                                          Tampa, FL  33614
                                          Telephone: 813-367-5813
                                          Fax: (813) 880-8800
                                          E-mail: spowrozek@logs.com

20-324198