UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

IN RE:                                                                          Case No. 20-19203-RAM
Raul Espinosa                                                              Chapter 13
a/k/a Raul Espinosa Nodarse

       Debtor.                                                              /

**OBJECTION TO MOTION TO VALUE AND DETERMINE
SECURED STATUS OF LIEN ON PERSONAL PROPERTY**

Comes now, Ally Bank, by and through its undersigned attorney, and hereby files its Objection to Motion to Value and Determine Secured Status of Lien on Personal Property (Doc. No. 33) and states as follows:

1.  Debtor filed this case on August 26, 2020 when Debtor filed a voluntary petition under Chapter 13 of the Bankruptcy Code.

2.  On August 31, 2020, Ally Bank filed claim 4-1 which listed a secured total claim of $14,376.76 for collateral, 2013 BMW 3 Series Automobile, VIN: WBADX7C55DE746379 herein after referred to as the "subject vehicle".

3.  On October 23, 2020, Debtor filed its Motion to Value and Determine Secured Status of Lien on Personal Property (Doc. No. 33) proposing to value the subject vehicle at the amount of $9,000.00 with an interest rate of 3.25%.

4.  On October 30, 2020, Debtor filed its Fifth Amended Chapter 13 plan which continues to propose valuing the subject vehicle in the amount of $9,000.00 with an interest rate of 3.25%. The total payment paid in the plan were listed as $9,763.20 with monthly payments of $162.72 for months 1 through 60.

5. The value of the subject vehicle is $18,350.00 per the NADA clean retail value. See **Exhibit "A"**.

6. Ally Bank objects to the Debtor's Motion to Value and Determine Secured Status of Lien on Personal Property (Doc. No. 33) due to the fact that it does not pay Claimant the replacement value of its collateral as the claim should be deemed fully secured at $14,376.76 and should be repaid at contractual interest rate of 6.84% as reflected on claim 4-1.

Wherefore, Ally Bank prays that this Honorable Court deny the Debtor's Motion to Value and Determine Secured Status of Lien on Personal Property.

/s/Steven G. Powrozek
Steven G. Powrozek
FL Bar 0316120
Shapiro, Fishman & Gaché, LLP
Attorney for Secured Creditor
4630 Woodland Corporate Boulevard
Suite 100
Tampa, FL 33614
Telephone: 813-367-5813
Fax: (813) 880-8800
E-mail: logsecf@logs.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I am admitted to the Bar of the United States District Court of the Southern District of Florida and I am in compliance with the additional qualifications to practice in the Court as set forth in Local Rule 2090-1(A).

The undersigned certifies that on 4th day of December, 2020, a copy of the foregoing was caused to be served via CM/ECF electronic filing or via First Class U.S. Mail upon the following:

Raul Espinosa
1535 W 3rd Avenue
Hialeah, FL 33010-3009

Robert Sanchez
355 W 49 St.
Hialeah, FL 33012

Nancy K. Neidich
POB 279806
Miramar, FL 33027

United States Trustee
51 SW First Avenue
Suite 1204
Miami, FL 33130

/s/Steven G. Powrozek
Steven G. Powrozek
FL Bar 0316120
Shapiro, Fishman & Gaché, LLP
Attorney for Secured Creditor
4630 Woodland Corporate Boulevard
Suite 100
Tampa, FL 33614
Telephone: 813-367-5813
Fax: (813) 880-8800
E-mail: logsecf@logs.com

20-324198