EXHIBIT A

9/9/2020



**NADA Used Cars/Trucks**

Ally Financial Inc.(GMAC - Semperian, Inc.)

500 Woodward Avenue
Suite 15th Floor 15-57
Detroit, MI 48226
313-656-5360
joseph.fields@ally.com

## Vehicle Information



| | |
|---|---|
| Vehicle: | 2013 BMW 3 Series Convertible 2D 335i 3.0L I6 Turbo |
| Region: | Southeastern |
| Period: | September 9, 2020 |
| VIN: | WBADX7C55DE746379 |
| Mileage: | 102,500 |
| Base MSRP: | $53,800 |
| Typically Equipped MSRP: | $57,275 |
| Weight: | 3,979 |

## NADA Used Cars/Trucks Values

| | Base | Mileage Adj. | Option Adj. | Adjusted Value |
|---|---:|---:|---:|---:|
| **Monthly** | | | | |
| **Trade-In** | | | | |
| Rough | $12,125 | N/A | N/A | **$12,125** |
| Average | $14,025 | N/A | N/A | **$14,025** |
| Clean | $15,625 | N/A | N/A | **$15,625** |
| | | | | |
| Clean Loan | $14,075 | N/A | N/A | **$14,075** |
| Clean Retail | $18,350 | N/A | N/A | **$18,350** |
| **Auction** | | | | |
| Low | $9,400 | -$76 | N/A | **$9,324** |
| Average | $11,675 | -$76 | N/A | **$11,599** |
| High | $13,975 | -$76 | N/A | **$13,899** |

*The auction values displayed include typical eqiupment and adjustments for mileage and any of the following applicable accessories: engine size, drivetrain, and trim.

EXHIBIT A

NADA Used Car Guide assumes no responsibility or liability for any errors or omissions or any revisions or additions made by anyone on this report.
NADA Used Car Guide and its logo are registered trademarks of National Automobile Dealers Association, used under license by J.D. Power.
©2020 J.D. Power