

**ORDERED in the Southern District of Florida on December 12, 2020.**

Robert A. Mark, Judge
United States Bankruptcy Court

___

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:
Raul Espinosa

Case No: 20-19203-RAM
Chapter 13

_____Debtor____/

**AGREED ORDER GRANTING MOTION TO
VALUE AND DETERMINE SECURED STATUS OF LIEN ON
PERSONAL PROPERTY HELD BY CITIZENS BANK N.A.**

THIS CASE came to be heard on December 8, 2020 on the *Debtor's Motion to Value and Determine Secured Status of Lien on Personal Property* (DE 35; the "Motion"). By submission of this order for entry, the submitting counsel represents that the opposing party consents to its entry. Based upon the debtor's assertions made in support of the Motion, without objection, having considered the record in this case, and being duly advised in the premises, the Court FINDS as follows:

A. The value of the debtor's personal property (the "Personal Property") more

particularly described as follows *(Select only one)*:

_X_ Motor vehicle described as follows:

    Year and Model of motor vehicle: BMW 5 Series
    Vehicle Identification Number (VIN #): WBA5A5C53FD515905
    Odometer Reading: 46,524

_X_ Personal property other than a motor vehicle described as follows:

    is $14,250.00 at the time of the filing of this case.

Consequently, it is **ORDERED** as follows:

1. The Motion is **GRANTED**.

2. Lender has an allowed secured claim in the amount of $14,250.00 with an interest rate of 3.25%.

3. (Select only one):

    ___ Lender has not filed a proof of claim in this case. The trustee shall not disburse any payments to Lender unless a proof of claim is timely filed. In the event a proof of claim is timely filed, it shall be classified as a secured claim in the amount stated in paragraph 2, above, and as a general unsecured claim for any amount in excess of scheduled secured claim, regardless of the original classification in the proof of claim as filed. Lender's secured claim shall be paid through the plan at _____% for a total of $_____.

    or

    _X_ Lender filed a proof of claim #7-1 in this case. It shall be classified as a secured claim in the amount provided in paragraph 2, above, and as a general unsecured claim in the amount of $6,460.48,

      regardless of the original classification in the proof of claim as filed. Lender's secured claim shall be paid through the plan at 3.25% for a total of $15,458.40.

4. The Personal Property may not be sold or refinanced without proper notice and further order of the Court.

5. Notwithstanding the foregoing, this Agreed Order is not recordable or enforceable until the debtor receives a discharge in this chapter 13 case.

6. Upon notification that the debtor has received a discharge, the creditor shall take all steps necessary to release the lien upon the personal property.

###

Submitted By:

/s/ Geoffrey J. Peters

Address:
Weltman, Weinberg & Reis, Co. LPA
3705 Marlane Drive
Grove City, OH 43123

Phone: 614-883-0678

Attorney Geoffrey J. Peters is directed to serve a conformed copy of this Order on all interested parties immediately upon receipt hereof and to file a certificate of service.